Order issued November 15, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00580-CR
### No. 05-12-00581-CR

**CECIL CAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-53683-Q, F10-53684-Q**

---

# ORDER

These appeals are **REINSTATED**.

We **VACATE** our order of September 12, 2012 requiring the trial court to conduct a hearing to determine the status of the State's Notice of Intent to Enhance Punishment. Both appellant and the State have tendered their briefs and motions to extend. Appellant does not raise an issue on appeal related to the missing notice.

We **GRANT** appellant's September 25, 2012 motion to extend the time for filing appellant's brief. We also **GRANT** the State's October 22, 2012 first motion for extension of time to file the State's brief.

The appellant's and State's briefs tendered to the Clerk of the Court are **DEEMED** timely

filed as of the date of this order.

_____
LANA MYERS
JUSTICE